Argued and submitted April 30, affirmed June 9, petition for review denied
October 10, 2021 (368 Or 637)

PRISCILA SOLANGE LOBO,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Marion County Circuit Court
19CV28690; A172973

487 P3d 879

Lindsay R. Partridge, Judge.

Brian Conry argued the cause and filed the briefs for appellant.

Ryan Kahn, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Shorr, Presiding Judge, and Powers, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

Affirmed. *Perez-Rodriguez v. State of Oregon*, 364 Or 489, 497, 435 P3d 746 (2019).